UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. EP-22-MJ-1259-ATB |
| ) | |
| KEVIN GLASS, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO DISMISS FELONY COMPLAINT

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the original felony Criminal Complaint, without prejudice, against Defendant **KEVIN GLASS**.

DATED: June 2, 2022            Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: _____
GREGORY E. McDONALD
Assistant U.S. Attorney
Texas Bar #13547300
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the June 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participant:

Michael John Khouri,
Attorney for Defendant

                                                            GREGORY E. McDONALD
                                                            Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CRIMINAL NO. EP-22-MJ-1259-ATB |
| | ) |
| **KEVIN GLASS,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER GRANTING MOTION TO DISMISS FELONY COMPLAINT**

On this date came to be considered United States' Motion to Dismiss the felony Criminal Complaint in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the felony Criminal Complaint filed on May 25, 2022 regarding Defendant, **KEVIN GLASS** be dismissed, without prejudice.

SIGNED this _____ day of _____, 2022.

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE